Action dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: ___s/J. Underwood____
      Deputy Clerk
Date: ___1/31/2024___

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DONALD REMY,<br><br>          Plaintiff,<br><br>v.<br><br>CHILDREN'S HEALTHCARE OF ATLANTA, INC.,<br><br>          Defendant. | Civil Action File<br>No. 1:22-cv-03545-VMC-LTW |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Donald Remy ("Plaintiff") and Defendant Children's Healthcare of Atlanta, Inc., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 30th day of January, 2024.

| | |
|---|---|
| */s/Donald Remy\**<br>Donald Remy<br>*Pro se*<br>PO Box 76260<br>Atlanta, GA 30358<br>850-296-2914<br><br>\**with express consent* | */s/ Dominique F. Saint-Fort*<br>Owen T. Hill, Bar No. 354393<br>Dominique F. Saint-Fort, Bar No. 526306<br>LITTLER MENDELSON, P.C.<br>3424 Peachtree Road, N.E., Suite 1200<br>Atlanta, GA 30326.1127<br>dsaintfort@littler.com<br>ohill@littler.com<br>Telephone: 404.233.0330<br>Facsimile:  404.233.2361<br><br>Counsel for Defendant |